**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Adrian Lyndell COOK, Defendant–
Appellant.**

No. 15–6044.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 21, 2015.

Decided: May 26, 2015.

Adrian Lyndell Cook, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, VA, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Lyndell Cook appeals the district court's order denying what it construed as motions for appointment of counsel and for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cook,* No. 4:08–cr–00029–RGDFBS–1 (E.D.Va. Dec. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*